[No. 19472-4-II.   Division Two.   April 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY AMADEO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 338699021, Paul Boyle, J. Pro Tem., entered April 26, 1995. *Reversed* by unpublished per curiam opinion.

[No. 32188-9-I.   Division One.   April 15, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFRED LEWIS BENNETT JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-04600-4, LeRoy McCullough, J., entered January 19, 1993. *Affirmed* by unpublished opinion per Cox, J., concurred in by Ellington, J., and Thorpe, J. Pro Tem.

[No. 32732-1-I.   Division One.   April 15, 1996.]

SEACOM, INC., ET AL., *Appellants*, v. HOWARD S. WRIGHT CONSTRUCTION CO., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-18372-2, J. Kathleen Learned, J., entered April 9, 1993. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Becker and Cox, JJ.

[No. 33257-1-I.   Division One.   April 15, 1996.]

DALLAS D. SWANK, ET AL., *Appellants*, v. JIM DUFFY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-2-01155-7, William E. Howard, J. Pro Tem., entered June 25, 1993, July 15, 1993. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Baker, C.J., and Becker, J.